IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ZELMA D. MEDLEY, | ) | CASE NO. 4:06CV00072 |
| Plaintiff | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

The Commissioner filed a Motion for Remand on March 21, 2007. Plaintiff's counsel has not objection to the remand, therefore it is

RECOMMENDED

that the presiding District Judge enter an Order to Remand to the Commissioner for further action under Sentence 6 of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will hold a *de novo* hearing.

The Clerk is directed to immediately transmit the record in this case to the presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become

1

conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(c) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

3-23-07
Date