IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ZELMA D. MEDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:06cv00072 |
| v. ) | |
| ) | **ORDER** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

On December 4, 2006, this Court entered an order referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and recommended disposition. Magistrate Judge Crigler filed his *Report and Recommendation* on March 23, 2007. That *Report* recommended that I remand the case for further proceedings. The Plaintiff had no objection. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

    1. The *Report and Recommendation* of the United States Magistrate Judge, filed March 23, 2007, shall be, and hereby is, **ADOPTED** in its entirety.

    2. For the reasons stated in the Magistrate Judge's *Report*, the case is hereby **REMANDED** to the Commissioner, and this case is hereby **DISMISSED** from the active docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 4th day of May, 2007.

s/Jackson L. Kiser<br>
Senior United States District Judge